IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. HOLLAND,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARDEN HEIDI LACKNER,<br><br>　　　　Respondent. | No. C 13-2094 LHK (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO ORDER TO SHOW CAUSE<br><br>(Docket No. 6.) |

　　　Petitioner, a state prisoner proceeding *pro se*, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The court issued an order to show cause.  Respondent has filed a motion requesting an extension of time to file a response.  (Docket No. 6.)

　　　Respondent's motion is **GRANTED**.  Respondent shall file a response to the court's order to show cause **no later than November 12, 2013**.  Petitioner shall file a traverse within thirty (30) days after the date an answer is filed, or twenty-eight (28) days after the date a motion to dismiss is filed.

　　　This order terminates docket number 6.

　　　IT IS SO ORDERED.

DATED: 9/3/13

　　　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order Granting Mot. for Ext. of Time to file Response to OSC
G:\PRO-SE\LHK\HC.13\Holland094eot-response.wpd