IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID L. HOLLAND,** | Case No. C 13-2094 LHK (PR) |
| Petitioner, | **[PROPOSED] ORDER** |
| v. | |
| **HEIDI LACKNER, Warden,** | |
| Respondent. | |

Good cause appearing, respondent may have until January 10, 2014, in which to file a response to the order to show cause. Petitioner may file a traverse within 30 days of receipt of the answer, or 28 days of receipt of a motion to dismiss.

Dated: 11/7/13

*Lucy H. Koh*
Lucy H. Koh
United States District Judge

1

[Proposed] Order (C 13-2094 LHK (PR))