IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID L. HOLLAND,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN HEIDI LACKNER,<br><br>    Respondent. | No. C 13-2094 LHK (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>(Docket No. 32.) |

Petitioner, a state prisoner proceeding *pro se*, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court issued an order to show cause. (Docket No. 5.) On January 10, 2014, respondent filed a response to the order to show cause. (Docket No. 10.) Petitioner has filed a motion requesting an extension of time to file a traverse because of his very limited access to the prison's law library. (Docket No. 32.) Petitioner's motion is **GRANTED**. Petitioner shall file a traverse **within thirty (30) days** of the filing date of this order.

This order terminates docket number 32.

IT IS SO ORDERED.

DATED:  2/14/14

_____
LUCY H. KOH
United States District Judge

Order Granting Mot. for Ext. of Time to file Traverse
G:\PRO-SE\LHK\HC.13\Holland094eot-traverse.wpd