IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID L. HOLLAND, | ) | No. C 13-2094 LHK (PR) |
| Petitioner, | ) ) | ORDER GRANTING MOTION FOR |
| v. | ) ) | SECOND EXTENSION OF TIME TO FILE TRAVERSE |
| WARDEN HEIDI LACKNER, | ) ) | |
| Respondent. | ) ) | |
| _____ | ) | (Docket No. 34) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court issued an order to show cause. (Docket No. 5.) On January 10, 2014, respondent filed a response to the order to show cause. (Docket No. 10.) Petitioner has filed a motion requesting a second extension of time of sixty days to file a traverse. (Docket No. 34.) Petitioner states that in his first request for an extension of time, he failed to indicate the amount of time needed to complete the tasks necessary to file a traverse. (*Id.*) He asserts that "the amount of issues to address, plus the ongoing limited access to [the] prison's law library, coupled with a conflicting inmate work schedule" require him to request an additional sixty days to complete and file a traverse. (*Id.*)

Petitioner's motion is **GRANTED**. Petitioner shall file a traverse **no later than May 13, 2014**, which is additional sixty days beyond the current due date. The court is not inclined to grant any further requests for extensions of time.

Order Granting Mot. for Second Ext. of Time to file Traverse
P:\PRO-SE\LHK\HC.13\Holland094eot2-traverse.wpd

1 |     This order terminates docket number 34.
2 |     IT IS SO ORDERED.
3 | DATED:   4/8/14                                        *Lucy H. Koh*
4 |                                                 LUCY H. KOH
                                                United States District Judge